UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTIONE WILLIAM TUCKSON and<br>NIJEA NICOLE RICH,<br><br>Defendants. | Criminal Action No. TDC-22-0180 |

## ORDER

During the telephone Status Conference on November 16, 2022, the Court set the following deadlines:

| | |
|---|---|
| Defendants' Pretrial Motion(s) | **January 18, 2023** |
| Government's Opposition Memoranda | **February 1, 2023** |
| Defendants' Reply Memoranda | **February 15, 2023** |

Date: November 16, 2022

THEODORE D. CHUANG
United States District Judge