IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. TDC-22-180 |
| | * | |
| NIJEA NICOLE RICH, | * | |
| | * | |
| Defendant | * | |
| | * | |
| ******* | | |

**GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION REQUESTING NOTICE OF RULE 404(b) EVIDENCE**

On March 19, 2024, the Defendant, Nijea Nicole Rich, filed a motion requesting that the Court order the government to provide notice of other crimes and wrongs it intends to introduce at trial pursuant to Federal Rule of Evidence 404(b). ECF No. 140. The Court should deny the motion.

On December 23, 2023, the Court entered a Pretrial Scheduling Order setting several pretrial deadlines for the Defendant's upcoming trial, which is set for May 6, 2024. ECF No. 131. The Pretrial Scheduling Order set an April 8, 2024 deadline for Rule 404(b) notices. *Id*. The Court should deny the Defendant's motion because it has already set a deadline for the government to provide a Rule 404(b) notice to Defendant. Further order from the Court is unnecessary.

1

## **CONCLUSION**

For the foregoing reasons, the Court should deny the Defendant's motion.

                                                 Respectfully submitted,

                                                 Erek L. Barron
                                                 United States Attorney

                                                 /s/_____
                                                 Peter L. Cooch
                                                 Special Assistant United States Attorney

                                                 Timothy F. Hagan, Jr.
                                                 Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the foregoing was electronically filed on April 2, 2024, with notice to all counsel of record through the Court's electronic filing system.

                                                                /s/
                                            Peter L. Cooch