# TERESA WHALEN
### ATTORNEY AT LAW
801 WAYNE AVENUE
SUITE 400
SILVER SPRING, MARYLAND 20910

Admitted to Practice:
  Maryland
  District of Columbia

E-Mail: Whalenesq@aol.com
Telephone (301) 728-2905
Facsimile (301) 883-1533

USDC- GREENBELT
'24 MAY 3 AM 10:41

May 2, 2024

Honorable Theodore D. Chuang
United States District Judge
United States Courthouse
6500 Cherrywood Lane
Greenbelt, Maryland 20770

    Re:    *United States v. Nijea Rich, TDC 22-0180*

Dear Judge Chuang:

    Enclosed please find Exhibits 1-10 referenced in the Defendant's Motion to Admit Out of Court Statements by Antoine Tuckson.

    Thank you for your consideration.

                            Very truly yours,

                            *Teresa Whalen*

                            Teresa Whalen

cc: Government's counsel by ECF