UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NIJEA NICOLE RICH,<br><br>Defendant. | Criminal Action No. TDC-22-0180 |

## ORDER

For the reasons stated during the May 2, 2024 Telephone Status Conference, it is hereby ORDERED that:

1. The Government's Motion to Continue Trial ("the Motion"), ECF No. 163, is GRANTED. The jury trial scheduled in this case will be rescheduled pursuant to a separately filed Pretrial Scheduling Order.

2. The Government's Motion to Seal, ECF No. 164, is GRANTED.

3. For the reasons set forth in the Motion and discussed with the parties during the May 2, 2024 Telephone Status Conference, all time from and including **May 6, 2024** through and including **July 15, 2024** shall be excluded from the calculation of the amount of time that has expired under the Speedy Trial Act in this case, based on the unavailability of an essential witness. See 18 U.S.C. § 3161(h)(3) (2018).

Date: May 3 2024



THEODORE D. CHUANG
United States District Judge