**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
SOUTHERN DIVISION
6411 IVY LANE, SUITE 710
GREENBELT, MARYLAND  20770
TEL: (301) 344-0600
FAX: (301) 344-0019
TOLL FREE: (888) 387-3384

**JAMES WYDA**
FEDERAL PUBLIC DEFENDER

**JOANNA SILVER**
ASSISTANT FEDERAL PUBLIC DEFENDER
Direct Dial:  (301) 344-2319
E-mail:  joanna_silver@fd.org

May 6, 2024

The Honorable Theodore D. Chuang
United States District Court
District of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770

Re:   Request to Facilitate Mr. Tuckson's Return to the Bureau of Prisons
*US  v. Antione Tuckson and Nijea Nicole Rich*, TDC-22-180

Dear Judge Chuang:

I represent Mr. Tuckson, who is under subpoena for the May 6, 2024, trial date in the above-captioned case. I understand that the trial has been postponed until July 15, 2024.  Mr. Tuckson has conveyed to undersigned counsel that if called to testify at trial he will invoke his 5th Amendment privilege.

Mr. Tuckson has a tentative halfway house release date of June 11, 2024.  His release on that date is currently in jeopardy because of the interruption to his programming that the move to local custody for the May 6 trial date caused.  His release on June 11 will definitely be postponed if he remains at CDF until July 15.

I write to ask the court to facilitate Mr. Tuckson's return to the Federal Bureau of Prisons at the earliest possible moment.  Towards this end, I would ask the court to consider bringing Mr. Tuckson to court this week for an on-the-record invocation and then to release him from any further appearances.  In the alternative, I'd ask the court to consider a signed affidavit that could be filed as an exhibit in the case.  If neither of those options are acceptable, I'd ask the court to instruct the Marshals to return Mr. Tuckson to the Bureau of Prisons now and if they wish, defense counsel can issue a new subpoena closer to the July 15 trial date.  If Mr. Tuckson is in the halfway house in Baltimore in mid-July as planned, he would be available for an on-the-record invocation at that time.

Thank you in advance for your consideration of this important issue which impacts Mr. Tuckson's liberty interests as well as his successful reentry into the community.

        Sincerely,

        /s/

        JOANNA SILVER
        Assistant Federal Public Defender

cc: Timothy Hagan, AUSA
   Peter Cooch, AUSA
   Teresa Whalen, Esq.
   William Purpura, Esq.